UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

RALPH CASAS,

          Defendant.

24-cr-600 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Court has received a motion for early termination of supervised release, dated January 4, 2025, from the pro se defendant. The letter has been filed under seal because it contains personal identifying information.

The Government should respond by **January 31, 2025,** and should include the views of Probation. The defendant may reply by **February 14, 2025.**

A copy of this Order will be mailed to the pro se defendant.

**SO ORDERED.**

Dated:    New York, New York
           January 14, 2025

                                          John G. Koeltl
                                      United States District Judge