UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

RALPH CASAS,

              Defendant.

24-cr-600 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant has moved for an early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The defendant was originally convicted in the District of Puerto Rico of one count of a narcotics conspiracy and sentenced to life imprisonment and five years' supervised release. That sentence was then commuted to a sentence of 292 months' imprisonment, but the five-year period of supervised release remained in effect. The defendant has now completed his term of imprisonment. His term of supervised release began on January 19, 2022 and is set to conclude on January 19, 2027. The defendant's supervision has been transferred to the Probation Office in the Southern District of New York.

    The Probation Office does not object to the defendant's application because it concludes that the defendant meets the criteria for an early termination of supervised release contained in the Guide to Judiciary Policy. The Government objects to the application primarily on the grounds that the

defendant has failed to show a sufficient reason for early termination.

In this case, the interests of justice warrant the early termination of supervised release. The defendant has completed a substantial sentence of incarceration of twenty years. The defendant has completed a substantial portion of his term of supervised release having served over three years on supervised release with less than two years remaining on his term. The resources of the Probation Office can best be spent on other defendants. Based on the Probation Department's position, the defendant's conduct on supervised release indicates that no further supervision is required in the interests of justice.

Accordingly, the defendant's application for an early termination of supervised release is **granted**. The defendant's period of supervised release is **terminated** forthwith.

SO ORDERED.
Dated:   New York, New York
         March 21, 2025

                                    _____
                                    John G. Koeltl
                                    United States District Judge